UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30363
Summary Calendar
_____


MEREDITH PRINCE,

                                        Plaintiff-Appellant,

                      versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Louisiana
(95-CV-1088)
_____
September 19, 1996


Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Meredith Prince appeals the district court's affirmance of the
agency decision denying her supplemental income benefits.  She
argues that the findings of the administrative law judge ("ALJ")
were not supported by substantial evidence, because the ALJ ignored
or improperly weighed medical opinions and evidence.  We have
carefully reviewed the record and the arguments.  We detect no

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

error.  Accordingly, we affirm for essentially the same reasons adopted by the district court.  See Prince v. Chater, No. 95-CV-1088 (W.D. La. Mar. 19, 1996).

AFFIRMED.